UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sherina Turner,

                Plaintiff(s),

v.                                          Case No. 1:19–cv–10303–TLL–PTM
                                          Hon. Thomas L. Ludington

Saginaw Transit Authority
Regional Services,

                Defendant(s),

## NOTICE OF REMAND

TO:  SAGINAW COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time–stamped copy of this Notice to:

            Clerk's Office
            U.S. District Court for the Eastern District of Michigan
            231 W. Lafayette Boulevard, 5th Floor
            Detroit, Michigan  48226
            (313) 234–5005

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: <u>s/N Ahmed</u>
                                                 Deputy Clerk

Dated:  February 28, 2019